# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JUAN MANUEL CERVANTES,

                   Petitioner,

   v.

PAM BONDI, Attorney General of the United States, *et al.*,

                 Respondents.

Case No. 26-cv-01648-BAS

**ORDER DENYING PETITION WITHOUT PREJUDICE**

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum filed on March 16, 2026. (ECF Nos. 1–2.) The Petition alleges Petitioner was arrested on March 16, 2026, and has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment.

Upon review, the Petition and Application do not demonstrate that Petitioner is entitled to relief. *Cf. United States v. Pimental*, 755 F.3d 1095, 1103–04 (9th Cir. 2014) (finding a four-day delay in presentment over a holiday weekend was unreasonable and

unnecessary).  Accordingly, the Court **DENIES WITHOUT PREJUDICE** the Petition and Application.  (ECF Nos. 1–2.)  In the event that Petitioner is not arraigned by March 17, 2026, Petitioner may renew the Petition and Application.  Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office and close the case.

**IT IS SO ORDERED.**

**DATED: March 17, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1648